DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendants*
*The Walt Disney Company; Disney Vacation*
*Club Hawaii Management Company, LLC;*
*Disney Vacation Development, LLC; and*
*Disney Parks, Experiences and Products, Inc.*

*(Additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT THOMPSON, individually and as a parent and guardian of his Minor Child A.T., and DANIELLE THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY; DISNEY VACATION CLUB HAWAII MANAGEMENT COMPANY, LLC; DISNEY VACATION DEVELOPMENT, LLC; and DISNEY PARKS, EXPERIENCES AND PRODUCTS, INC.,<br><br>Defendants. | Case No.: 2:23-cv-09441-FMO-SK<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date: October 10, 2024<br>Time: 10:00 am<br>Judge: Hon. Fernando M. Olguin<br>Courtroom: 6D |

**NOTICE OF MOTION TO DISMISS**
*Thompson, et al. v. The Walt Disney Company, et al.*, No. 2:23-cv-09441-FMO-SK

ALAN SCHOENFELD (*pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*pro hac vice forthcoming*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendants*
*The Walt Disney Company; Disney Vacation Club Hawaii Management Company, LLC; Disney Vacation Development, LLC; and Disney Parks, Experiences and Products, Inc.*

**NOTICE OF MOTION TO DISMISS**
*Thompson, et al. v. The Walt Disney Company, et al.*, No. 2:23-cv-09441-FMO-SK

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 10, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Fernando M. Olguin, Courtroom 6D of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendants The Walt Disney Company; Disney Vacation Club Hawaii Management Company, LLC; Disney Vacation Development, LLC; and Disney Parks, Experiences and Products, Inc. will and hereby do move to dismiss the claims in the First Amended Class Action Complaint filed by Plaintiffs Scott Thompson *et al.* under the California Unfair Competition Law (UCL), California Consumer Legal Remedies Act (CLRA), Florida Deceptive and Unfair Trade Practices Act, Hawaii Revised Statutes § 480-2, *et seq.*, and Missouri Merchandising Practices Act with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion; the supporting Memorandum of Law; the pleadings, papers, filings, and record in this action; and on such other evidence or argument as may be presented at or before the hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 20, 2024.

A proposed order is also being lodged for the Court's consideration.

Respectfully submitted,

Dated: August 27, 2024

/s/ *Alan Schoenfeld*
ALAN SCHOENFELD
(*pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT

1

**NOTICE OF MOTION TO DISMISS**
*Thompson, et al. v. The Walt Disney Company, et al.*, No. 2:23-cv-09441-FMO-SK

(*pro hac vice forthcoming*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendants*
*The Walt Disney Company; Disney Vacation Club Hawaii Management Company, LLC; Disney Vacation Development, LLC; and Disney Parks, Experiences and Products, Inc.*

2

**NOTICE OF MOTION TO DISMISS**
*Thompson, et al. v. The Walt Disney Company, et al.*, No. 2:23-cv-09441-FMO-SK