# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT THOMPSON, individually and as parent and guardian of his Minor Child A.T., and DANIELLE THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY; DISNEY VACATION CLUB HAWAII MANAGEMENT COMPANY, LLC, D/B/A AULANI, A DISNEY RESORT & SPA, KO OLINA, HAWAI'I; AND DISNEY VACATION DEVELOPMENT, LLC, and DISNEY PARKS, EXPERIENCES AND PRODUCTS, INC.,<br><br>Defendants. | Case No.: 2:23-cv-09441-MWC-SK<br><br>[PROPOSED] ORDER GRANTING PETITION TO APPROVE COMPROMISE OF PENDING ACTION OF MINOR PLAINTIFF A█ T█████<br><br>[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED 3/17/2025 ] |

In light of the submissions of Plaintiff A▓▓▓ T▓▓▓▓▓▓, a minor, by and through his Guardian ad Litem, **SCOTT THOMPSON**, and his counsel, the Court finds the settlement as outlined is appropriate and in the best interests of the minor plaintiff, and **HEREBY ORDERS AS FOLLOWS**:

1. The Court approves the Petition to Approve Compromise of A▓▓ **THOMPSON**'s Claims and authorizes a gross settlement allocation in the amount of ▓▓▓▓▓▓ for full and final satisfaction of his specific claims.

2. The Court approves the Petition to Approve Compromise of A▓▓ T▓▓▓▓▓▓'s Claims and authorizes settlement in the amount of ▓▓▓▓▓▓ for full and final satisfaction of his specific claims.

3. Of the settlement, the Court authorizes the deduction of attorney's fees in the amount of ▓▓▓▓▓▓.

4. The net settlement to Plaintiff A▓▓▓▓ T▓▓▓▓▓▓▓ of ▓▓▓▓▓▓ will be put into a Uniform Transfers to Minors Act ("UTMA") Account for the benefit of Plaintiff, a minor, under the Uniform Transfers to Minors Act.

5. Plaintiff's Guardian ad Litem, **SCOTT THOMPSON**, is hereby authorized to execute all documents reasonably necessary to effectuate and finalize the terms of the settlement consistent with this Order.

WHEREFORE, the court hereby approves the settlement reached by the Parties and approves the distribution of the settlement funds as follows: (1) ▓▓▓▓▓▓ to a UTMA Account for the benefit of Plaintiff A▓▓▓▓ T▓▓▓▓▓▓▓, a minor; (2) ▓▓▓▓▓▓ to SCOTT THOMPSON and DANIELLE THOMPSON in their individual capacities; and (3) approves Counsel's request for a ▓▓▓▓▓▓ award of attorneys' fees (▓▓▓▓▓▓ attributable to A▓▓ T▓▓▓▓▓, a minor, and ▓▓▓▓▓▓ attributable to Scott Thompson, individually, and Danielle Thompson).

IT IS SO ORDERED.

Dated: _____         _____
                                              United States District Judge